UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ARTHUR EL-AMIN, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:18 CV 2109 RWS |
| LIBERTY MUTUAL INS. CO., | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion for remand. As explained in my prior Order, the Court will consider appropriate clarifying stipulations from a plaintiff regarding the amount in controversy. Although plaintiff's motion for remand contains the appropriate language of such a clarifying stipulation sufficient to support remand, it is not signed by the plaintiff.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall supplement its motion for remand with an appropriate stipulation signed by the plaintiff no later than **January 11, 2019.**

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of January, 2019.